

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-13-00311-CV

Jesus **CASTILLO**,
Appellant

v.

David **PEEPLES**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-001355-D2
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court